**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| McRO, INC, d/b/a PLANET BLUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1508-LPS-CJB |
| | ) | |
| ACTIVISION BLIZZARD, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| --------------------------------------------------------- | | |
| McRO, INC, d/b/a PLANET BLUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1511-LPS-CJB |
| | ) | |
| INFINITY WARD, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| --------------------------------------------------------- | | |
| McRO, INC, d/b/a PLANET BLUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1512-LPS-CJB |
| | ) | |
| LUCASARTS ENTERTAINMENT COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| --------------------------------------------------------- | | |
| McRO, INC, d/b/a PLANET BLUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1518-LPS-CJB |
| | ) | |
| WARNER BROS. INTERACTIVE ENTERTAINMENT INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 34) dated December 13, 2013 in the above cases;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendants' joint motion to transfer (D.I. 23);

WHEREAS, counsel for Plaintiff filed a letter to the Court (D.I. 35) dated December 20, 2013, stating that it will not contest the Report and Recommendation and that it waives any objections that could be filed pursuant to Federal Rule of Civil Procedure 72;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 34) is **ADOPTED** and Defendants' motion to transfer (D.I. 23) is **GRANTED** to the extent that these actions are transferred to the United States District Court for the Central District of California.

The Clerk of Court is ordered to **TRANSFER** the above-captioned actions to the United States District Court for the Central District of California.

Dated:  December 30, 2013

_____
UNITED STATES DISTRICT JUDGE

2